IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:17-cv-00193

| | | |
|---|---|---|
| CLINT DALE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF REMOVAL OF ACTION** |
| DONALD BRITT, individually and in his | ) | **UNDER 28 U.S.C. § 1441(b)** |
| Official Capacity and Individual Capacity; | ) | **[Federal Question]** |
| STEVEN NOBLES in both his Official | ) | |
| Capacity and Individual Capacity; | ) | |
| COLUMBUS COUNTY; COLUMBUS | ) | |
| COUNTY SHERIFF LEWIS HATCHER; | ) | |
| WESTERN SURETY COMPANY; | ) | |
| | ) | |
| Defendants. | ) | |

NOW COME defendants Donald Britt, in his official capacity only, Steven Nobles, in both his official and individual capacity, Columbus County, Columbus County Sheriff Lewis Hatcher and Western Surety Company (hereinafter the "petitioners"), by and through their undersigned counsel, hereby remove to this Court the state court action described below.

1.     Petitioners Donald Britt, Steven Nobles, Columbus County, Columbus County Sheriff Lewis Hatcher and Western Surety Company are defendants in a civil action brought against them in the Superior Court of Columbus County, North Carolina, entitled <u>Clint Dale Mills v. Donald Britt, individually and in his Official Capacity and Individual Capacity; Steven Nobles in both his Official Capacity and Individual Capacity; Columbus County; Columbus County Sheriff Lewis Hatcher; Western Surety Company</u>, Docket No. 17 CVS 1129.

2. The Plaintiff filed his Complaint in this matter on September 12, 2017. Copies of the summons and Complaint were purportedly served upon the petitioners on September 14, 2017. Accordingly, this Notice of Removal is timely filed.

3. This action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 United States Code § 1331, and is one which may be removed to this Court by the petitioners, defendants herein, pursuant to the provisions of Title 28 United States Code § 1441. More particularly, in his Complaint, Plaintiff expressly asserts claims under the United States Constitution, specifically the Fourth, Fifth and Fourteenth Amendments (paragraphs 46-66), alleging an unconstitutional search and seizure and violation of his substantive due process rights (see e.g. paragraphs 49 and 57).

4. The above-described constitutional claims are separate and independent claims or causes of action. In addition to the federal claims discussed hereinabove, Plaintiff's Complaint also includes purported claims under the North Carolina Constitution and North Carolina state law tort claims arising from the same events purportedly giving rise to Plaintiff's federal constitutional claims. If sued upon alone, the Plaintiff's federal claims or causes of action would be ones of which this Court would have original jurisdiction under the provisions of 28 U.S.C. § 1331, and could be removed to this Court by the petitioners, the defendants herein, had those federal claims or causes of action been brought separately. By virtue of the provisions of 28 U.S.C. § 1441(c), this entire case is one which may be removed to this Court.

5. This Court is the proper venue for the removal of this action under 28 U.S.C. § 1446(a) because it is located in the district and division where the state court action was pending.

6. All documents associated with Superior Court of Columbus County, North Carolina, File No. 17 CVS 1129 of which petitioners are aware are attached hereto.

2

7. Counsel for the Petitioners has conferred with counsel for Donald Britt, in his individual capacity, regarding removal of this case to this Court. Counsel for Donald Britt, in his individual capacity, has authorized counsel for the petitioners to represent to the Court that defendant Donald Britt, in his individual capacity, consents to the removal of this matter to federal court.

8. A copy of this Notice of Removal, in conjunction with a Notice of Filing of Notice of Removal, will be filed with the Clerk of Court for the Superior Court of Columbus County, North Carolina and served upon counsel for the Plaintiff. A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit A.

WHEREFORE, petitioners Donald Britt, in his official capacity only, Steven Nobles, in both his official and individual capacities, Columbus County, Columbus County Sheriff Lewis Hatcher and Western Surety Company respectfully request that the above action now pending against them in the Superior Court of North Carolina, in and for the County of Columbus, be removed therefrom to this Honorable Court.

Respectfully submitted, this the 12th day of October 2017.

/s/ BRADLEY O. WOOD

Bradley O. Wood
N.C. State Bar No.: 22392
WOMBLE CARLYLE SANDRIDGE & RICE,
*A Limited Liability Partnership*
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 728-7012
Facsimile: (336) 726-6913
E-mail: bwood@wcsr.com
*Counsel for Defendants Donald Britt, in his official capacity only, Steven Nobles, in both his official and individual capacities, Columbus County, Columbus County Sheriff Lewis Hatcher and Western Surety Company*

3

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on October 12, 2017, a copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court using CM/ECF system.

It is further certified that on October 12, 2017, a copy of the foregoing **NOTICE OF REMOVAL** was sent to the following non-CM/ECF participants via United States First-Class Mail:

William C. Gore, Jr.
115 Courthouse Square
Whiteville, NC 28472
Telephone (910) 317-0045
Fax:  (910) 300-9959
Email: Bill@billgorelaw.com
*Counsel for Plaintiff*

Norwood P. Blanchard, III
Crossley, McIntosh, Collier Hanley & Edes
5002 Randall Parkway
Wilmington, NC 28403
Telephone (910) 762-9711
Fax:  (910) 256-0310
Email: norwood@cmclawfirm.com
*Counsel for Defendant Donald Britt in his individual capacity only*

/s/ BRADLEY O. WOOD
Bradley O. Wood
N.C. State Bar No.:  22392
WOMBLE CARLYLE SANDRIDGE & RICE,
*A Limited Liability Partnership*
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 728-7012
Facsimile:  (336) 726-6913
E-mail: bwood@wcsr.com
*Counsel for Defendants Donald Britt, in his official capacity only, Steven Nobles, in both his official and individual capacities, Columbus County, Columbus County Sheriff Lewis Hatcher and Western Surety Company*

4